# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS SOTO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-949-Orl-22DAB**

**KECHEJIAN, LLC. and JOHN KECHEJIAN,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Amended Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. No. 24) filed on December 21, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 5, 2010 (Doc. No. 25) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. No. 24) is GRANTED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 20, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge